United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER AZ and MONICA GUZMAN, Individually and On Behalf of All Similarly Situated Persons,<br>　　Plaintiffs, | § § § § § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-0001 |
| YBARRA BROS., INC and ALBERT TROY YBARRA,<br>　　Defendants. | § § § § | JURY DEMANDED |

## ORDER ON STIPULATION OF DISMISSAL

After considering the Plaintiffs' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses the claims of Alexander Az and Monica Guzman without prejudice. Each party shall bear its own costs and fees in this matter.

SIGNED on April 6, 2018.

_____
Honorable Alfred H. Bennett,
United States District Judge